IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMIAH G. POSTEMICE,

    *Plaintiff*,

v.                                          Case No.: 3:25cv49-MW/ZCB

JJ EVANS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** because Plaintiff failed to properly commence this action by filing a complaint." The Clerk shall close the file.

**SO ORDERED on February 25, 2025.**

                                          s/Mark E. Walker
                                          **Chief United States District Judge**